IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| JOSEPH ANTHONY HARRIS | : | |
| Debtor | : | CASE NO. 1:22-bk-01405 |
| | : | |
| | : | |
| | : | |

## MOTION TO WITHDRAW APPEARANCE AS DEBTOR'S COUNSEL

COMES NOW Debtor's counsel, Dorothy L. Mott, and requests the following relief, respectfully submitting in support thereof as follows:

1. The undersigned filed the above-captioned bankruptcy for the Debtor on 7/29/2022 and has represented the Debtor from that time to the present in the bankruptcy case.
2. The Debtor has requested that the undersigned withdraw as his attorney.
3. The undersigned does not believe that she can effectively represent the Debtor under the circumstances.

WHEREFORE, the counsel respectfully requests that this Court enter an order withdrawing the appearance of Dorothy L. Mott for the Debtor and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ *Dorothy L. Mott*

_____
Dorothy L. Mott, Esquire
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 Telephone
(717) 232-0477 Fax
doriemott@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| JOSEPH ANTHONY HARRIS | : | |
|   Debtor | : | CASE NO. 1:22-bk-01405 |
| | : | |
| | : | |
| | : | |

**O R D E R**

UPON CONSIDERATION of the Motion to Withdraw Appearance as Debtor's Counsel, and cause appearing therefore, it is hereby
ORDERED AND DECREED that the appearance of Mott & Gendron Law as counsel for Debtor is hereby withdrawn.