United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01405-HWV |
| Joseph Anthony Harris | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 04, 2025 | Form ID: nthrgreq | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2025:**

**Recip ID**     **Recipient Name and Address**
db      + Joseph Anthony Harris, 4404 Berkley Street, Harrisburg, PA 17109-4303

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2025         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2025 at the address(es) listed below:**

**Name**     **Email Address**

Andrew L Spivack
    on behalf of Creditor Paramount Residential Mortgage Group Inc. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Danielle Boyle-Ebersole
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com

Dorothy L Mott
    on behalf of Debtor 1 Joseph Anthony Harris DorieMott@aol.com
    karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com

Jack N Zaharopoulos
    ecf_pahu_alt@trustee13.com

James Randolph Wood
    on behalf of Creditor Lower Paxton Township and Lower Paxton Township Authority jwood@portnoffonline.com

jwood@ecf.inforuptcy.com

Matthew K. Fissel

on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Sarah K. McCaffery

on behalf of Creditor LAKEVIEW LOAN SERVICING LLC smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

Stephen M Hladik

on behalf of Creditor LAKEVIEW LOAN SERVICING LLC shladik@hoflawgroup.com, ckohn@hoflawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | |
|---|---|
| Joseph Anthony Harris | Chapter: 13 |
| | Case number: 1:22−bk−01405−HWV |
| **Debtor 1** | Document Number: 101 |
| | Matter: Attorney for the Debtor's Motion to Withdraw as counsel for the Debtor |

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on July 29, 2022.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102** | Date: 1/6/26 |
| | Time: 09:30 AM |

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 4, 2025 |

nthrgreq(02/19)