United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                 Case No. 22-01405-HWV

Joseph Anthony Harris                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                         User: AutoDocke                                              Page 1 of 2

Date Rcvd: Jan 06, 2026                  Form ID: pdf010                                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

**Recip ID              Recipient Name and Address**
db                 +  Joseph Anthony Harris, 4404 Berkley Street, Harrisburg, PA 17109-4303

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2026                              Signature:              /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Paramount Residential Mortgage Group Inc. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Danielle Boyle-Ebersole | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Joseph Anthony Harris DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Randolph Wood | on behalf of Creditor Lower Paxton Township and Lower Paxton Township Authority jwood@portnoffonline.com |

jwood@ecf.inforuptcy.com

Matthew K. Fissel

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Sarah K. McCaffery

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

Stephen M Hladik

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC shladik@hoflawgroup.com, ckohn@hoflawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOSEPH ANTHONY HARRIS | : | |
| Debtor | : | CASE NO. 1:22-bk-01405 |

## ORDER

Upon consideration of the Motion to Withdraw Appearance as Debtor's Counsel, Doc. 101, and the hearing held on January 6, 2026, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED** and the appearance of Mott & Gendron Law as counsel for Debtor is withdrawn.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 6, 2026