UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA



FILED '26 JAN 23 AM9:39
CLERK, US COURT, PAMB

Joseph Harris
Debtor

Case No. 1-22-01404-HWV
Chapter 13

**Debtor's Motion to Temporarily Suspend Plan Payments and Modify Chapter 13 Plan**

Debtor, appearing to pro se, respectfully moves the Court for entry of an order temporarily suspending Chapter 13 plan payments and allowing modification of the plan.

Debtor is self-employed and has experienced a temporary slowdown in business income due to economic conditions beyond Debtor's control. As a result, Debtor is approximately three months behind on plan payments.

Debtor anticipates improved income within the next 60-90 days and seeks a temporary suspension of plan payments for ninety (90) days, with missed payments to be added to the end of the plan.

This request is made in good faith and is necessary to preserve Debtor's residence and vehicles and allow Debtor to continue performance under the Chapter 13 plan.

Debtor respectfully requests that the trustee's anticipated motion to dismiss be denied and that Debtor be permitted to modify the plan accordingly.

Respectfully submitted,

Joseph Harris
Debtor Pro Se
4404 Berkley Street, Harrisburg, PA 17109
(410) 205-0307
January 22nd, 2026

Debtor's business income declined during the past quarter due to reduced customer demand. Debtor expects income to normalize within the next 2-3 months.

# Certificate of Service

I certify that a copy of the foregoing Motion was served upon the Chapter 13 Trustee and all required parties by first-class mail on January 22nd, 2026.

Joseph Harris