United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01405-HWV |
| Joseph Anthony Harris | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Jan 23, 2026  Form ID: nttext  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2026:**

**Recip ID      Recipient Name and Address**
db          + Joseph Anthony Harris, 4404 Berkley Street, Harrisburg, PA 17109-4303

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2026        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2026 at the address(es) listed below:

**Name            Email Address**

Andrew L Spivack
           on behalf of Creditor Paramount Residential Mortgage Group  Inc. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Danielle Boyle-Ebersole
           on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com

Jack N Zaharopoulos
           ecf_pahu_alt@trustee13.com

James Randolph Wood
           on behalf of Creditor Lower Paxton Township and Lower Paxton Township Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Matthew K. Fissel
           on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

| | |
|---|---|
| Sarah K. McCaffery | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com |
| Stephen M Hladik | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC shladik@hoflawgroup.com, ckohn@hoflawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | |
|---|---|
| Joseph Anthony Harris | Chapter 13 |
| **Debtor 1** | Case number 1:22−bk−01405−HWV |

## Notice

Notice: A proposed order in revisable PDF format was not filed with the court for the document at docket entry #1074. The court will not act upon the motion until this issue is resolved. Please file a proper proposed order on or before January 30, 2026. (RE: related document(s)107). (McHugh, Michael)

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| Sylvia H. Rambo US Courthouse | Seth F. Eisenberg |
| 1501 N. 6th Street | Clerk of the Bankruptcy Court: |
| Harrisburg, PA 17102 | By: MichaelMcHugh, Deputy Clerk |
| (717) 901−2800 | |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 23, 2026 |

Notice Text Entries (Form nttext) (3/20)