UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joseph Anthony Harris,
Debtor

Case No. 1-22-01404-HWV
Chapter 13

## Emergency Motion to Temporarily Delay Dismissal of Case for 45 Days

COMES NOW, the Debtor, Joseph Anthony Harris, appearing pro se, and respectfully requests that the Court temporarily delay dismissal of this Chapter 13 case for a limited period of forty-five (45) days. In support thereof, the Debtor states as follows:

1. **Procedural Background**

    1. The Debtor is the above captioned Chapter 13 Debtor.

2. The Chapter 13 Trustee has objected to the Debtor's prior motion and has indicated intent to seek dismissal due to plan payment arrears.

3. The Debtor does not dispute that plan payments are currently delinquent.

    2. **Temporary Financial Hardship**

4. The Debtor is self-employed.

5. Due to a temporary interruption in income, the Debtor is presently unable to make Chapter 13 plan payments.

    6. The Debtor anticipates that income will resume in March 2026, at which time the Debtor intends to resume payments and evaluate appropriate next steps with the Court.

    3. **Vehicles are Essential to Income**

    7. The Debtor has two motor vehicles that are paid through the Chapter 13 plan.

    8. Both vehicles are essential to the Debtor's self-employment and ability to generate income.

9. Immediate dismissal of this case would terminate the automatic stay and expose the vehicles to repossession.

10. Repossession of either vehicle would eliminate the Debtor's ability to earn income, thereby preventing any possibility of curing the default or funding a Chapter 13 plan.

4. Limited and Narrow Relief Requested

11. The Debtor is not requesting a suspension of plan payments and is not disputing the arrears.

12. The Debtor respectfully requests only a temporary delay of dismissal for forty-Five (45) days, to allow income to resume in March 2026.

13. This limited delay would preserve the status quo, prevent irreparable harm, and allow the Debtor a meaningful opportunity to restore income and address plan feasibility.

5. Good Faith

14. The Debtor remained current on the mortgage obligation, which is paid outside the Chapter 13 plan, until December 2025, when his business slowed down.

15. This request is made in good faith and solely to prevent immediate loss of income-producing vehicles while the Debtor's temporary hardship resolves.

## WHEREFORE, the Debtor respectfully requests that the Court:

A. Temporarily delay dismissal of this Chapter 13 case for forty-five (45) days;

B. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Joseph Anthony Harris
Debtor, Pro Se

4404 Berkley Street
Harrisburg, PA 17109
1(410) 205-0307
XcDad2013@Gmail.com