United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01405-HWV |
| Joseph Anthony Harris | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 30, 2026 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Anthony Harris, 4404 Berkley Street, Harrisburg, PA 17109-4303 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Paramount Residential Mortgage Group Inc. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Danielle Boyle-Ebersole | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Randolph Wood | on behalf of Creditor Lower Paxton Township and Lower Paxton Township Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |

| | |
|---|---|
| Sarah K. McCaffery | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com |
| Stephen M Hladik | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC shladik@hoflawgroup.com, ckohn@hoflawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 13 |
| JOSEPH ANTHONY HARRIS, | : |
| | : CASE NO. 1:22-bk-01405-HWV |
| Debtor. | : |

**ORDER**

Upon consideration of the Motion to Suspend Plan Payments filed by the Debtor, Doc. 107, and the Court's January 23, 2026 Order directing the Debtor to file Notice with a Certificate of Service, Doc. 109, and it appearing that a Notice and Certificate of Service has not been filed, it is

**ORDERED** that the Motion is **DENIED** without prejudice.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 30, 2026