| | |
|---|---|
| In re: | Case No. 22-01405-HWV |
| Joseph Anthony Harris | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 30, 2026 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph Anthony Harris, 4404 Berkley Street, Harrisburg, PA 17109-4303 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2026          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Paramount Residential Mortgage Group Inc. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Danielle Boyle-Ebersole | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Randolph Wood | on behalf of Creditor Lower Paxton Township and Lower Paxton Township Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |

| | |
|---|---|
| Sarah K. McCaffery | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com |
| Stephen M Hladik | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC shladik@hoflawgroup.com, ckohn@hoflawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 13 |
| JOSEPH ANTHONY HARRIS, | : |
| | : CASE NO. 1:22-bk-01405-HWV |
| Debtor. | : |

## ORDER

Upon consideration of the Emergency Motion to Temporarily Delay Dismissal of Case for 45 Days filed by the Debtor, Doc. 113, and it appearing that there is no dismissal motion or certificate of default pending, it is

**ORDERED** that the Motion is **DENIED** as unripe.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 30, 2026