In re:  Case No. 22-01405-HWV
Joseph Anthony Harris  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4
Date Rcvd: Feb 02, 2026     Form ID: pdf010     Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Anthony Harris, 4404 Berkley Street, Harrisburg, PA 17109-4303 |
| 5487510 | + | CAPITALONTAP US OFFICE, CUSTOMER ACCOUNTS, 1389 PEACHTREE ST NE, ATLANTA, GA 30309-3035 |
| 5487511 | + | CASSIE HARRIS, 4404 BERKLEY STREET, HARRISBURG, PA 17109-4303 |
| 5495503 | + | CPPIB Credit Structured, US II GP Inc, Service Finance Co., LLC, 555 S Federal Hwy No. 200, Boca Raton FL 33432-6033 |
| 5487513 | + | DIAMONDBACK COVERS, 354 ENTERPRISE DRIVE, PHILIPSBURG, PA 16866-3174 |
| 5487515 | + | DIVVY, CUSTOMER BILLING, 13707 S 200 W STE 100, DRAPER, UT 84020-2443 |
| 5487519 | + | JANUARY TECHNOLOGIES INC, 4 EAST 27TH STREET, PO BOX 20099, NEW YORK, NY 10001-0005 |
| 5695225 | + | Lower Paxton Township and Lower Paxton Township Au, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5695226 | + | Lower Paxton Township and Lower Paxton Township Au, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 5487528 | + | STORAGE SENSE, 1052 OLD WEST CHOCOLATE AVENUE, HERSHEY, PA 17033-2237 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKelectronicnotices@cenlar.com | Feb 02 2026 18:51:00 | Paramount Residential Mortgage Group, Inc., c/o Central Loan Administration & Report, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2026 19:01:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5487506 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 02 2026 19:01:55 | AFFIRM, INC., ATTN: BANKRUPTCY, 30 ISABELLA ST, FLOOR 4, PITTSBURGH, PA 15212-5862 |
| 5487507 | + | Email/PDF: bncnotices@becket-lee.com | Feb 02 2026 19:02:00 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 5496391 | | Email/PDF: bncnotices@becket-lee.com | Feb 02 2026 19:01:54 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5500090 | | Email/Text: Maria.Feles@balboacapital.com | Feb 02 2026 18:51:00 | BALBOA CAPITAL CORPORATION, 575 Anton Blvd., 12th Floor, Costa Mesa, CA 92626 |
| 5487508 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 02 2026 18:51:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 5487509 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 02 2026 19:01:53 | CAPITAL ONE, ATTN: BANKRUPTCY, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5492735 | | Email/Text: BKelectronicnotices@cenlar.com | Feb 02 2026 18:51:00 | Cenlar FSB, Attn: BK Dept., 425 Phillips Blvd, Ewing, NJ 08618 |
| 5487526 | | Email/Text: BKelectronicnotices@cenlar.com | Feb 02 2026 18:51:00 | PARAMOUNT RESIDENTIAL, PO BOX 77404, |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | EWING, NJ 08628 |
| 5487512 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 02 2026 18:51:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5495410 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 02 2026 19:01:53 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5487536 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Feb 02 2026 18:51:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5487514 | + | Email/Text: mrdiscen@discover.com | Feb 02 2026 18:51:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5488355 | | Email/Text: mrdiscen@discover.com | Feb 02 2026 18:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5487516 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 02 2026 18:51:00 | GENESIS FS CARD/KAY JEWELERS, ATTN: BANKRUPTCY, P.O. BOX 4477, BEAVERTON, OR 97076-4401 |
| 5487517 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 02 2026 18:51:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5499986 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 02 2026 18:51:00 | Jefferson Capital Systems, LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 5487520 | | Email/Text: Bkynotices@lendingpoint.com | Feb 02 2026 18:51:00 | LENDINGPOINT LLC., ATTN: BANKRUPTCY, 1201 ROBERTS BLVD SUITE 200, KENNESAW, GA 30144 |
| 5487521 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2026 19:02:00 | LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0587 |
| 5747097 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2026 19:01:58 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5747098 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2026 19:01:55 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5504742 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 02 2026 18:51:00 | LakeView Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 5504743 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 02 2026 18:51:00 | LakeView Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Dr, Troy, MI 48098, LakeView Loan Servicing, LLC, c/o Flagstar Bank, FSB 48098-2639 |
| 5703916 | ^ | MEBN | Feb 02 2026 18:49:02 | Lakeview Loan Servicing, LLC, c/o M&T Bank, PO Box 840, Buffalo, NY 14240, Lakeview Loan Servicing, LLC, c/o M&T Bank 14240-0840 |
| 5703915 | ^ | MEBN | Feb 02 2026 18:49:01 | Lakeview Loan Servicing, LLC, c/o M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 5487522 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 02 2026 18:51:00 | NAVY FCU, ATTN: BANKRUPTCY, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5488204 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 02 2026 18:51:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5487525 | + | Email/PDF: cbp@omf.com | Feb 02 2026 19:01:57 | ONEMAIN FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5499541 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2026 19:01:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5488193 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 02 2026 18:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5487527 | + | Email/Text: servicing@svcfin.com | Feb 02 2026 18:51:00 | SERVICE FINANCE COMPANY, ATTN: BANKRUPTCY, 555 S FEDERAL HIGHWAY, BOCA RATON, FL 33432-6033 |
| 5487529 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 02 2026 19:02:00 | SYNCB/HOME DESIGN ALSI, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5487530 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 02 2026 19:01:53 | SYNCB/VERIZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5487531 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 02 2026 19:02:00 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 5487532 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 02 2026 19:01:57 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5487641 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2026 19:01:54 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5498889 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 02 2026 19:01:54 | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5487533 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 02 2026 19:01:58 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5487535 | + | Email/Text: accountservicing@trueaccord.com | Feb 02 2026 18:51:00 | TRUEACCORD CORP, 16011 COLLEGE BLVD, STE 130, LENEXA, KS 66219-9877 |
| 5487537 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Feb 02 2026 18:51:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5497194 | | Email/PDF: ebn_ais@aisinfo.com | Feb 02 2026 19:01:57 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5487538 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Feb 02 2026 19:02:00 | WELLS FARGO BANK NA, 1 HOME CAMPUS MAC X2303-01A, 3RD FLOOR, DES MOINES, IA 50328-0001 |
| 5487539 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 02 2026 19:02:00 | WELLS FARGO JEWELRY ADVANTAGE, ATTN: BANKRUPTCY, PO BOX 10438, DES MOINES, IA 50306-0438 |
| 5496254 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 02 2026 19:01:53 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Lower Paxton Township and Lower Paxton Township Au, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5487518 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5747099 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5747107 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5747111 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5747115 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5747293 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5747100 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

| | | |
|---|---|---|
| 5747108 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5747112 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5747116 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5747294 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5487524 | *+ | NAVY FCU, ATTN: BANKRUPTCY, P.O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5487523 | *+ | NAVY FCU, ATTN: BANKRUPTCY, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5488205 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5497754 | * | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5487534 | ##+ | TORPAGO, CUSTOMER BILLING, 221 KEARNY STREET, SAN FRANCISCO, CA 94108-4527 |

TOTAL: 0 Undeliverable, 18 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2026         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Paramount Residential Mortgage Group Inc. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Danielle Boyle-Ebersole | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Randolph Wood | on behalf of Creditor Lower Paxton Township and Lower Paxton Township Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Sarah K. McCaffery | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com |
| Stephen M Hladik | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC shladik@hoflawgroup.com, ckohn@hoflawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Joseph Anthony Harris

Debtor 1

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
vs.

Movant(s)

Joseph Anthony Harris

Respondent(s)

Chapter: 13
Case No.: 1:22-bk-01405-HWV

### ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 118, it is

**ORDERED** that the above-captioned case is dismissed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 2, 2026